UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD G. HUMPHRIES,<br><br>                              Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF CORRECTIONS, *et al*.,<br><br>                              Defendants. | Case No. C14-966-TSZ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's amended civil rights complaint (Dkt. 11) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

//

//

//

ORDER DISMISSING ACTION - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5th day of January, 2015.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING ACTION - 2